DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANCHOR WATER DAMAGE RESTORATION, INC.** a/a/o **EVELYN FACCINI,**
Appellant,

v.

**CITIZENS PROPERTY & CASUALTY INSURANCE CORPORATION,**
Appellee.

No. 4D21-247

[June 24, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case Nos. 50-2019-CC-011414-XXXX-MB and 50-2020-AP-000044-CAXX-MB.

Kristin E. Marrero of The Mineo Salcedo Law Firm, P.A., Davie, for appellant.

Jessica C. Conner of Dean, Ringers, Morgan & Lawton, P.A., Orlando, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***